FILED _____ LODGED
_____ RECEIVED
DEC 10 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WINTERS HILL,<br><br>  Defendant. | No. CR18-5298<br><br>FINDINGS AND ORDER ACCEPTING DEFENDANT FOR DEFERRED PROSECUTION, APPROVING TREATMENT PLAN, AND DIRECTING DEFENDANT TO TAKE TREATMENT AS PRESCRIBED |

THIS MATTER, coming on for hearing this 10th day of December, 2018, upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by his attorney, Assistant Federal Public Defender Colin Fieman; the United States of America being represented by Assistant United States Attorney Barbara Sievers; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Crossroads Treatment Center, and the files and records herein, being fully advised in the premises, does now make and enter the following:

## I. FINDINGS OF FACT

A. On or about the 20th day of June, 2018, Petitioner was charged with the offenses charged in the Information. This offense occurred as a direct result of alcoholism/chemical dependency problems;

B. Petitioner suffers from an alcohol/drug problem and is in need of treatment;

ORDER ACCEPTING DEFERRED PROSECUTION
(*United States v. Hill*, CR18-5298) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1  C. The probability of similar misconduct in the future is great if the problem
2  is not treated;
3  D. Petitioner is amenable to treatment;
4  E. An effective rehabilitative treatment plan is available to Petitioner
5  through Crossroads Treatment Center, an approved treatment facility as designated by
6  the laws of the State of Washington, and Petitioner agrees to be liable for all costs of
7  this treatment program;
8  F. That Petitioner agrees to comply with the terms and conditions of the
9  program offered by the treatment facility as set forth in the diagnostic evaluation from
10 Crossroads Treatment Center, attached to Statement of Petitioner filed herewith, and
11 that Petitioner agrees to be liable for all costs of this treatment program;
12 G. That Petitioner has knowingly and voluntarily stipulated to the
13 admissibility and sufficiency of the facts as contained in the written police report
14 attached to Statement of Petitioner filed herewith.
15 H. That Petitioner has acknowledged the admissibility of the stipulated facts
16 in any criminal hearing or trial on the underlying offense or offenses held subsequent to
17 revocation of this Order Granting Deferred Prosecution and that these reports will be
18 used to support a finding of guilt;
19 I. That Petitioner has acknowledged and waived the right to testify, the right
20 to a speedy trial, the right to call witness to testify, the right to present evidence in his
21 or her defense, and the right to a jury trial;
22 From the foregoing FINDINGS OF FACT, the Court draws the following:

## II. CONCLUSIONS OF LAW

24 A. That the above-entitled Court has jurisdiction over the subject matter and
25 Petitioner Winters Hill, in this case;

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Hill*, CR18-5298) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

B. That Petitioner's Petition for Deferred Prosecution meets the requirements of RCW 10.05 et seq.;

C. That the diagnostic evaluation and commitment to treatment meets the requirements of RCW 10.05.150;

D. That Petitioner is eligible for deferred prosecution.

### III. ORDER

Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, it is hereby

ORDERED that the defendant is accepted for deferred prosecution. The prosecution of the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq., upon the following terms and conditions:

A. Petitioner shall be on probation for the deferral period and follow the rules and regulations of probation;

B. Petitioner shall enroll in and successfully complete the two-year treatment program recommended by Crossroads Treatment Center according to the terms and conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached to the Petition and incorporated herein by reference. Petitioner shall not change treatment agencies without prior Probation approval;

C. The treatment facility, Crossroads Treatment Center, shall file with the United States Probation Office status reports of Petitioner's compliance with treatment, monthly during the first year of the deferred prosecution period and every three (3) months during the second year. The Court may increase the frequency of these reports at its discretion;

D. Petitioner shall notify U.S. Probation within 72 hours of any residence change.

ORDER ACCEPTING DEFERRED PROSECUTION
(*United States v. Hill*, CR18-5298) - 3

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

E. Petitioner shall abstain during the deferred prosecution period from any and all consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

F. Petitioner shall not operate a motor vehicle on the public highways without a valid operator's license and proof of liability insurance sufficient to comply with the state laws on financial responsibility;

G. Petitioner shall be law abiding and shall not commit any alcohol/drug related offenses or other criminal offenses during the period of deferral,

H. Petitioner shall notify U.S. Probation within 72 hours of being arrested, questioned, or cited by Law Enforcement;

I. In the event that Petitioner fails or neglects to carry out and fulfill any term or condition of his treatment plan or violates any provision of this Order or any rule or regulation of his probation officer, upon receiving notice, the Court shall hold a hearing to determine why Petitioner should not be removed from deferred prosecution and prosecuted for the offenses charged;

J. In the event the Court finds cause to revoke this deferred prosecution, the stipulated police reports shall be admitted into evidence, and Petitioner shall have his guilt or innocence determined by the Court;

K. That the statement of Petitioner for Deferred Prosecution shall remain sealed, and all subsequent reports or documents relating to his treatment information shall be sealed, to maintain confidentiality of Petitioner's treatment information;

L. That the Department of Licensing be notified of this Order accepting the Petitioner for deferred prosecution;

M. Upon proof of Petitioner's successful completion of five years deferral period in this Order, the Court shall dismiss the charges pending against Petitioner.

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Hill*, CR18-5298) - 4

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

N.   Additional conditions:

_____

DONE IN OPEN COURT this 10th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
Colin Fieman
Attorney for Petitioner

I have received a copy of the foregoing Order of Deferred Prosecution. I have read and understand its contents, and agree to abide by the terms and conditions set forth herein.

Dated: 12/10/18          _____
                         Winters Hill
                         Petitioner

I certify that a copy of this signed Order was mailed to the subject treatment facility, on December 21, 2018. The United States Probation Office was also furnished a copy of this Order.

_____
Clerk

ORDER ACCEPTING DEFERRED
PROSECUTION
(*United States v. Hill*, CR18-5298) - 5

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710